The Nature Friend, Inc., Respondent, v. Franks Bird Store, Inc., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Adele G. Levy, Appellant, v. Joseph S. Levy, Respondent.— Orders reversed, with ten dollars costs and disbursements, and motion denied on condition that plaintiff proceed promptly. No opinion. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

Warro Realty Corporation, Appellant, v. Realty Sureties, Inc., and Others, Defendants. (Henry Brady, Receiver, Respondent.) — Order so far as appealed from affirmed, with ten dollars costs and disbursements. What would be a reasonable compensation for the agents employed to assist the receiver will be a matter to be determined by the court upon the final settlement of the receiver's account. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of Kate Smith, as Administratrix, etc., of Louis Smith, Deceased, Respondent, against Colonial Dye Works, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Alice Appelbaum and Abraham Merfish, Appellants, v. Carlton Land Sales Co., Inc., and Another, Defendants. (David Belson, Plaintiffs' Former Attorney, Respondent.) — Orders modified by striking out provision for attorney's lien and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John A. Stum, Appellant, v. Ray H. Arnold, Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John S. Stum, Respondent, v. Ray H. Arnold, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John A. Stum, Respondent, v. Ray H. Arnold, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John S. Stum, Respondent, v. Ray H. Arnold, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Bessie E. Arnold, Respondent, v. Ray H. Arnold, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Abraham G. Meyer and Others, Appellants, v. Murray Furman and Carolyn Furman, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Jacob W. Loeb, Appellant, v. William Fox, Respondent.— Order modified by disallowing items 5-d, e, f, g; 7-c, d, e, f, g; 12-b; 13-b; 14-d; 16-b and d; 18-b; 19-b; 26-b and c; 30-c, d, e, f, g, i; and 31-b, d, f, g, h and i; and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within